AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| CHRISTOPHER CLARK<br><br>*Plaintiff(s)*<br>v.<br>WILDLIFE CONSERVATION SOCIETY, individually and d/b/a "BRONX ZOO," and SONIA KALAMANOWITZ, individually<br><br>*Defendant(s)* | Civil Action No. 1:22-cv-03866 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* WILDLIFE CONSERVATION SOCIETY, individually and d/b/a "BRONX ZOO," via Secretary of State

SONIA KALAMANOWITZ, via place of employment - 2300 Southern Avenue, Bronx, NY 10460

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Max C. Bracero, Esq.
Phillips & Associates, PLLC
45 Broadway, Suite 430
New York, NY 10006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 5/13/2022

/s/ P. Canales
*Signature of Clerk or Deputy Clerk*